**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**KEITH LA-DALE PORTER  # N7247**                                                                       **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:16cv430-RHW**

**TROY PETERSON,** *et al.*                                                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS ORDERED** that Defendants are granted summary judgment, and this case is dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit.

**SO ORDERED**, this the 18th day of January, 2018.

                                                            /s/ *Robert H. Walker*
                                                            ROBERT H. WALKER
                                                            UNITED STATES MAGISTRATE JUDGE